AO 91 (Rev. 08/09) Criminal Complaint

AUSA: Matthew Roth  Telephone: 313-226-9186
Task Force Officer: Larry Williams  Telephone: 313-965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America,

        Plaintiff,

v.

CURTIS GRIMES

        Defendant(s).

Case: 2:16-mj-30081
Assigned To : Unassigned
Assign. Date : 2/26/2016
Description: RE: CURTIS GRIMES (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __February 26, 2016__, in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Larry Willams, FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __February 26, 2016__

_____
Judge's signature

City and state: __Detroit, Michigan__

David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Larry A. Williams, being duly sworn, depose and state the following:

### I. INTRODUCTION

1.  I am a Police Officer with the Detroit Police Department, having been so employed since 1996. I am currently assigned to the Violent Gang Task Force (VCTF) with the Federal Bureau of Investigation. I have been assigned to VCTF since 2014 to investigate a variety of criminal matters including violations of Federal firearms laws, violent crimes, and drug trafficking.

2.  I submit this affidavit from personal knowledge based on my participation in this investigation, including communications with others who have personal knowledge of the events and circumstances described herein, oral and written reports about this investigation which Affiant received, directly or indirectly from law enforcement personnel, and information gained through my training and experience.

3.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts which exist pertaining to this investigation. This affidavit is provided in support of an application for a complaint and an arrest warrant for CURTIS GRIMES, date of birth xx/xx/1993. Probable cause exists that GRIMES violated Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

## II. STATEMENT OF FACTS

4. On February 25, 2016, at 10:15PM, Victim-1 was walking, within the City of Detroit, Eastern District of Michigan. A silver Chrysler 200 pulled up alongside of him. Three men were in the vehicle. One of the men exited the passenger side of the vehicle and robbed Victim-1 at gunpoint. Victim-1 was robbed of an M&P 40 Shield semi-automatic handgun, serial number HWK1593.

5. Detroit Police Department responded to the scene and spoke with Victim-1. DPD took Victim-1's information and report. DPD determined that GRIMES was the individual who robbed Victim-1 at gunpoint.

6. On February 26, 2016, DPD officers conducted surveillance at the residence of GRIMES in furtherance of their investigation into the robbery of Victim-1. At approximately 10:30AM, GRIMES exited his residence. GRIMES was observed walking to a silver Chrysler 200 parked in the carport of his apartment complex.

7. GRIMES entered the Chrysler 200 but did not move the vehicle. Instead, GRIMES exited the vehicle and opened the hood. GRIMES removed a black handgun from his right side waistband. GRIMES placed the handgun underneath the hood of the engine compartment. GRIMES closed the hood and reentered the vehicle. The officers were aware of the fact that GRIMES was a convicted felon.

8. GRIMES left the apartment complex and drove into the City of Detroit. While in the City of Detroit, a traffic stop was conducted on GRIMES' vehicle in furtherance of the investigation of the February 25, 2016, armed robbery. GRIMES was removed from the vehicle. The officers opened the hood and observed the back handle and rear sights of a handgun on/about the air filter box within the engine.

9. The handgun removed from the air filter box was the M&P 40 Shield semi-automatic handgun, serial number HWK1593, taken from Victim-1 on February 25, 2016.

10. On February, 26, 2016, Affiant spoke with Special Agent Michael Bolf of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Special Agent Bolf was provided with the aforementioned information. Special Agent Bolf concluded that the M&P 40 Shield semi-automatic handgun, serial number HWK1593, was manufactured outside the State of Michigan and had traveled through interstate or foreign commerce.

11.     Affiant was advised that that a criminal history check was conducted on GRIMES. The check revealed that GRIMES had been convicted of a felony, punishable by a term of incarceration greater than one year. Specifically, GRIMES was convicted on or about November 20, 2012, of carrying a concealed weapon, in the Third Judicial Circuit Court, State of Michigan.

### III.  CONCLUSION

12.     Based on the above facts, Affiant believes probable cause exists that CURTIS GRIMES, date of birth xx/xx/1993, was a felon in possession of a firearm in violated Title 18, United States Code, Section 922(g)(1).

_____
Larry Williams
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
this 26th day of February, 2016.

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

-4-