PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Curtis Grimes     Docket No. 16-20152

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Carl Smith, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Curtis Grimes, who was placed under pretrial release supervision by <u>Honorable Mona K. Majzoub</u>, sitting in the court at <u>Detroit</u> on <u>March 23, 2016</u> under the following conditions:

1. Report as directed to Pretrial Services
2) Travel restricted to the Tri-County Area (Wayne, Oakland, Macomb)
3) Do not possess a firearm
4) Do not use or unlawfully possess a narcotic drug
5) Submit to drug testing as directed
6) Participate in substance abuse treatment as directed
7) Resolve warrants within 90 days. Report as directed to Pretrial Services.

  **Respectfully presenting petition for action of court and for cause as follows**:

Pursuant to a hearing on the record, and the court's consideration of the facts and having heard the position of the parties,

IT IS ORDERED that, as an additional bond condition, the defendant shall participate in the GPS electronic location monitoring, home incarceration program. As ordered by the court on the record on January 30, 2017, the defendant shall be subject to the GPS location monitoring program, home confinement on a 24 hour-a-day lock-down. He shall remain inside his place of residence with the exception of medically necessary travel, legal consultation, and required court appearances, any of which must be communicated in advance to the Pretrial Services Officer, and other necessary travel that has been specifically approved in advance by the Pretrial Services Officer or the court. No social visitors are permitted to be in the Defendant's residence while Defendant is present with the exception of one or more other permanent co-habitants of the residence.

| | | |
|---|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on January 30, 2017<br><br>s/ Carl Smith<br><br>Carl Smith<br>United States Pretrial Services Officer<br>Place: Detroit, Michigan<br>Date: 1/30/17 | | ORDER OF COURT<br><br>Considered and ordered this 30th day of January, 2016 and ordered filed and made a part of the records in the above case.<br><br><br>s/Robert H. Cleland<br><br>Honorable Robert H. Cleland<br>United States District Judge |