UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES of AMERICA,

        Plaintiff,        CR. NO. 16-20152

v.

                      HONORABLE ROBERT CLELAND

CURTIS GRIMES,

        Defendant,
_____/

## **ORDER**

This matter having been brought pursuant to the Defendant's Motion to Modify Conditions of Pre-Trial Release, with no position being taken by the government and Pre-Trial Services supporting the relief requested, and the Court being advised as to the premises: The Court finds that Defense Counsel's Motion to Modify Conditions of Pre-Trial Relief should be granted:

**IT IS HEREBY ORDERED** that the special condition of defendant's pre-trial release requiring his participation in GPS monitoring and curfew as determined by Pre-Trial Services is hereby terminated. All other previously imposed conditions of release are continued.

*SO ORDERED.*

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: June 19, 2017


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 19, 2017, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522