**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (PORT HURON)**

UNITED STATES OF AMERICA,

              Plaintiff,            Case No: 16-20152-DT

v.

CURTIS GRIMES,

              Defendant.

_____/

## ORDER REVOKING BOND

This matter comes before the court for review of the defendant's violations of his conditions of pretrial release. The defendant has tested positive for marijuana numerous times since June 23, 2016 the last positive test on June 20, 2017. In addition, defendant has failed to report to his Pretrial Services Officer and violated his curfew.

A bond revocation hearing was held on June 28, 2017 and for the reasons stated on the record,

IT IS ORDERED that the defendant's bond is REVOKED, and the defendant is remanded to the custody of the US Marshal.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: June 29, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 29, 2017, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522

Case 2:16-cr-20152-RHC-RSW ECF No. 40, PageID.114 Filed 06/29/17 Page 2 of 2